MDL 1897

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 3 2008

FILED
CLERK'S OFFICE

IN RE: MATTEL, INC., TOY LEAD PAINT PRODUCTS
LIABILITY LITIGATION

    Amy Harrington v. Mattel, Inc., et al.,  )
        N.D. California, C.A. No. 3:07-5110  )    MDL No. 1897
    Jennifer DiGiacinto v. Mattel, Inc., et al.,  )
        D. District of Columbia, C.A. No. 1:07-1896  )

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 18, 2007, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Dale S. Fischer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Fischer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 18, 2007, and, with the consent of that court, assigned to the Honorable Dale S. Fischer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 27

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JAN 2 2 2008